No. 76–5304.  SELLARS *v.* CALIFORNIA ET AL.  Sup. Ct. Cal. Certiorari denied.

No. 76–5348.  SPATES *v.* VOLLERO ET AL.  C. A. 2d Cir. Certiorari denied.

No. 76–5361.  HAMMOND *v.* BAILAR, POSTMASTER GENERAL. C. A. 5th Cir.  Certiorari denied.

No. 76–5364.  TESACK *v.* UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 76–5383.  CHILDRESS *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 76–5388.  JONES *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 76–5396.  MAHONE *v.* UNITED STATES.  C. A. 7th Cir. Certiorari denied.

No. 76–5397.  STANDING SOLDIER *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 76–5406.  LOVE *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 76–5411.  GONZALEZ-HERNANDEZ *v.* UNITED STATES. C. A. 9th Cir.  Certiorari denied.

No. 76–5413.  WALTON *v.* UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 76–5440.  JOHNSON *v.* UNITED STATES; and
No. 76–5553.  GUNN *v.* UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 76–5441.  ROBISON *v.* UNITED STATES.  C. A. 10th Cir. Certiorari denied.